# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1042
LT Case No. 2003-CF-12871-A

_____

LOUIS ANTHONY MCCRAE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

David M. Lamos, of Law Offices of David M. Lamos, Fort
Pierce, for Appellant.

No Appearance for Appellee.

November 18, 2025


PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____